**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00134-CV**
_____

**U.S. AMERICAN CUSTOM BUILDER, LLC, PATRICK KEENER, AND GWENDOLYN J. KEENER, Appellants**

**V.**

**CINDY CONTRERAS AND OMAR CONTRERAS, Appellees**

_____

**On Appeal from the County Court at Law No. 6**
**Montgomery County, Texas**
**Trial Cause No. 24-09-13710**
_____

**MEMORANDUM OPINION**

On April 10, 2025, Appellants U.S. American Custom Builder, LLC, Patrick Keener, and Gwendolyn J. Keener filed a notice of appeal from a judgment signed on February 10, 2025, from the County Court at Law Number 6 of Montgomery County, Texas. Upon receiving the notice of appeal from Appellants, the Clerk of the Court issued a Bill of Costs for the filing fee for the appeal. By letter dated May 15, 2025, we notified the parties that Appellants had not paid the filing fee as directed

1

in our letter and Bill of Costs previously forwarded to Appellants. A Certified Bill of Costs for the filing fee was enclosed and provided to Appellants. We warned Appellant in our letter, dated May 15, 2025, that unless the filing fee was paid, the appeal would be dismissed without further notice on any date after Friday, May 30, 2025. *See* Tex. R. App. P. 42.3(c). As of this date, Appellants have failed to pay the filing fee as directed by this Court.

Appellants have not paid the filing fee for the appeal. Appellants did not file a statement of inability to pay costs in this matter and have not shown that they are entitled to proceed without payment of costs. *See id*. 20.1. Furthermore, Appellants failed to comply with a notice from the Clerk of the Court requiring a response within a specified time. *See id*. 42.3(c). We dismiss the appeal for want of prosecution. *See id*. 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on June 18, 2025
Opinion Delivered June 19, 2025

Before Golemon, C.J., Wright and Chambers, JJ.